PATRICK KEEGAN, Respondent, *v.* DANIEL D. STREETER, Appellant.

*Keegan* v. *Streeter*, 126 App. Div. 916, affirmed.
(Argued May 13, 1909; decided June 1, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June

38

1, 1908, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for personal injuries alleged to have been sustained by an employee through the negligence of the defendant.

*Edward P. Mowton* for appellant.

*Moses L. Malevinsky* and *Frank A. Acer* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: EDWARD T. BARTLETT, HAIGHT, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ. Absent: CULLEN, Ch. J.